UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADRIAN SANTOS,<br><br>        Plaintiff,<br><br>    v.<br><br>HBR MANAGEMENT, INC. d/b/a and a/k/a THE ORIGINAL ROOFING COMPANY; DOES I through X; and ROE CORPORATIONS, LLC, COMPANIES AND/OR PARTNERSHIPS XI through XX, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00480-KJD-EJY<br><br>**ORDER** |

Before the Court is the Stipulation and Order (ECF No. 7) seeking a 90 day stay of discovery and all deadlines to allow Plaintiff to complete his U.S. Marine Corps Recruit Training. However, to date, the parties have not filed a discovery plan and scheduling order. Therefore, there are no dates to stay or extend. The parties also do not provide the date on which Plaintiff's "recruit training" started or when it will end.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order (ECF No. 7) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall submit a revised stipulation. The revised stipulated discovery plan and scheduling order shall identify the start and end date of Plaintiff's training; a date for initial disclosures; a discovery period commencement date that is ten (10) calendar days after Plaintiff's anticipated completion of training; and, a close of discovery date that is 180 days thereafter. All other dates are to be included and are to flow therefrom.

DATED: March 19, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1