Thomas W. Stewart, Esq.
Nevada Bar No. 14280
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
tstewart@tplf.com
Phone 702.728.5500
Fax 702.728.5501
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN SANTOS,<br><br>                    Plaintiff,<br><br>         v.<br><br>HBR MANAGEMENT, INC. d/b/a and a/k/a THE ORIGINAL ROOFING COMPANY; DOES I through X; and ROE CORPORATIONS, LLC, COMPANIES AND/OR PARTNERSHIPS XI through XX, inclusive,<br><br>                    Defendants. | Case No.: 2:20-cv-00480-KJD-EJY<br><br>**STIPULATION OF THE PARTIES TO REQUEST AN EARLY SETTLEMENT CONFERENCE BY NEUTRAL MAGISTRATE JUDGE**<br><br>**Local Rule 16-5** |

   Defendant HBR Management, Inc., by and through their attorney of record, Tom W. Stewart, Esq., and plaintiff Adrian Santos, by and through his attorney of record, Kaine Messer, Esq., hereby stipulate to the court setting a judicial settlement conference in this matter with a neutral magistrate judge of the court.

. . .

. . .

. . .

Although this matter does not fall within one or more of the statutes listed in Local Rule 16-6(a), it does involve an employment-related claim of regarding the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 et seq.  The parties and their counsel believe that a settlement conference guided by the court at this early stage of the litigation would be beneficial and potentially fruitful and as such have agreed to stipulate to an early settlement conference before a neutral magistrate judge of this court. The requested early settlement conference is sought by the parties in good faith and not for the purposes of delay.

Dated: July 27, 2020.

**THE POWELL LAW FIRM**

/s/Tom W. Stewart
Tom W. Stewart, Esq.
Nevada Bar No. 14280
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorney for Defendant

Dated: July 27, 2020.

**GABROY LAW OFFICES**

/s/ Kaine Messer
Kaine Messer, Esq.
Nevada Bar No. 14240
The District at Green Valley Ranch
170 S. Green Valley Pkwy, #280
Henderson, NV 89012
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  This action is referred to the Clerk of Court for assignment to the Early Neutral Evaluation Program.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  July 29, 2020