UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADRIAN SANTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>HBR MANAGEMENT, INC. d/b/a and a/k/a THE ORIGINAL ROOFING COMPANY; DOES I through X; and ROE CORPORATIONS, LLC, COMPANIES AND/OR PARTNERSHIPS XI through XX, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00480-KJD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 20) to which no response was filed.

Plaintiff's Motion establishes that, pursuant to Fed. R. Civ. P. 15, there is no dilatory motive, bad faith, undue delay, or prejudice to Defendant that attaches to the Court granting Plaintiff's Motion.

Accordingly, and in the absence of any opposition to Plaintiff's Motion for Leave to File Amended Complaint, IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate and electronically file Plaintiff's First Amended Complaint attached to ECF No. 20.

IT IS FURTHER ODERED that Defendants shall have ten (10) days following the date of this Order to respond to Plaintiff's First Amended Complaint.

Dated this 21st day of September 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE