GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN SANTOS, an individual; | Case No: 2:20-cv-00480-KJD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HBR MANAGEMENT, INC. d/b/a and a/k/a THE ORIGINAL ROOFING COMPANY; DOES I through X; and ROE CORPORATIONS, LLCs, COMPANIES, AND/OR PARTNERSHIPS XI through XX, inclusive, | |
| Defendant(s). | |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Adrian Santos, through his attorneys of record, Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy Law Offices and Defendant HBR Management, Inc. d/b/a and a/k/a The Original Roofing Company, through its attorney of record Tom W. Stewart, Esq. of The Powell Law Firm, that this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

///

**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over this matter should any party need to seek enforcement of any Settlement Agreement.

Respectfully Submitted By:

GABROY LAW OFFICES                         THE POWELL LAW FIRM

By: _/s/ Christian Gabroy_____       By:____/s/ Tom Stewart_____
Christian Gabroy (#8805)                   Tom W. Stewart (#14280)
Kaine Messer (#14240)                      8918 Spanish Ridge Ave. Ste. 100
Gabroy Law Offices                         Las Vegas, NV 89148
170 S. Green Valley Pkwy, Suite 280        (702) 728-5500
Henderson, Nevada 89012                    *Attorney for Defendant*
(702) 259-7777
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  11/19/2020